# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:22-cr-00061 |
| Plaintiff, | : | |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| | : | |
| DANIEL HALL, | : | |
| | : | |
| Defendant. | : | |

## ORDER REVOKING BOND AND REMANDING DEFENDANT TO THE CUSTODY OF THE U.S. MARSHAL

This case came before the Court on December 13, 2022 for a Bond Violation Hearing. The Court has reviewed the Petition for Action on Conditions of Pretrial Release and the Bond Violation Report authored by a Pretrial Services Officer. Defendant, through his counsel, admitted to the violations set forth in the Petition. (Doc. 11). The Court heard and considered the recommendation of the Pretrial Services Officer in attendance, as well as argument from counsel for the Government and Defendant.

Pursuant to 18 U.S.C. § 3148(b)(1)(A), the Court finds that there is clear and convincing evidence that Defendant has violated the conditions of his release. Based upon the evidence before it, the Court further finds that Defendant is unlikely to abide by any condition or combination of conditions of release. 18 U.S.C. § 3148(b)(2)(B). Therefore, the Government's request to revoke Defendant's bond is **GRANTED**.

Accordingly, it is hereby **ORDERED** that:

1) Defendant's bond is revoked and Defendant shall be remanded to the custody of the U.S. Marshal;

2. Defendant shall be committed to the custody of the Attorney General of the United States for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

3) Defendant shall be afforded reasonable opportunity for private consultation with counsel; and

4) On Order of a Court of the United States, or upon request of an attorney for the United States, the person in charge of the facility in which Defendant is confined shall deliver Defendant to a United States Marshal or his deputy for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

December 13, 2022  	*s/Caroline H. Gentry*
	Caroline H. Gentry
	United States Magistrate Judge