**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:22-cr-61 |
| | : | |
| Plaintiff, | : | |
| | : | |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| vs. | : | |
| | : | |
| DANIEL HALL, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER RELEASING DEFENDANT**

At the hearing of this matter conducted on April 3, 2024, the Court ordered that Defendant Daniel Hall be released from the custody of the United States for treatment as soon as transportation to the Phoenix Center could be arranged.  United States Probation Officer Dern subsequently notified the Court that Cliff Beaty from the Phoenix Center is able to transport Defendant on April 5, 2024.

Accordingly, the Court hereby **ORDERS** that the United States Marshal[1] release Defendant Daniel Hall on April 5, 2024, to Cliff Beaty from the Phoenix Center.

**IT IS SO ORDERED.**

April 4, 2024

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge

---

[1] Defendant is currently in custody at the Shelby County Jail.